JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:23-cv-00538-DOC-JDE                                          Date: April 28, 2023

Title: PATRON PROPERTY MANAGEMENT INC. V. ISIS OLU ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING MOTION TO REMAND [9]**

    Before the Court is Plaintiff's Motion to Remand. (Dkt. 9). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

    The Court finds that it lacks subject-matter jurisdiction, as the parties are not diverse and there is no claim subject to federal question jurisdiction. The Court **GRANTS** the Plaintiff's Motion and **REMANDS** the case back to the Orange County Superior Court. (Dkt. 9). The Court further **DENIES AS MOOT** Defendant's Application. (Dkt. 3).

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                  Initials of Deputy Clerk: kdu

CIVIL-GEN